# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____

Knows

-v-

Davis, et al.

U.S.C.A. # _____

U.S.D.C. # 07cv4551

JUDGE: KMW

DATE: 9/6/07

*[Stamp: U.S. DISTRICT COURT FILED SEP 06 2007 S.D. OF N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): David J. Thomas
FIRM: Orders, Judgments & Appeals
ADDRESS: _____

PHONE NO.: X0637

**DISTRICT COURT DOCKET ENTRIES** --------------------------------

**DOCUMENT DESCRIPTION**                                    DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                          (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the __6__ Day of __Sept__, 2007.

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-04551-KMW
### Internal Use Only

Knows v. Davis et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 05/30/2007
Date Terminated: 05/30/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Samara Knows                                   represented by   Samara Knows
                                                                288 E. 168th Street
                                                                # 1A
                                                                Bronx, NY 10456
                                                                PRO SE

V.

**Defendant**

Jr. Thomas Davis

**Defendant**

Samara Knows

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Samara Knows.(laq) (Entered: 06/04/2007) |
| 05/30/2007 | 2 | COMPLAINT against Thomas Davis, Samara Knows. Document filed by Samara Knows.(laq) (Entered: 06/04/2007) |
| 05/30/2007 | 3 | ORDER OF DISMISSAL,,,,,The Court grants plaintiff's request to proceed in forma pauperis, consolidate these two actions (1:07-cv-4551 & 1:07-cv-4552) solely for the purpose of this Order, and dismisses the complaints for the following reasons. Plaintiff's complaints are completely devoid of merit. Accordingly, these two actions complaints, filed in forma pauperis are dismissed. Plaintiff is hereby warbed that the further filing of non-meritorious complaints, filed in forma pauperis, are dismissed. Plaintiff is hereby warned that the further filing of non-meritorious complaints may result in the Court barring plaintiff from filing actions without first receiving leave of Court to do so or other sanctions that the Court deems appropriate. The Court certifies pursuant to U.S.C. 1915 (a)(3) that any appeal from this Order would not be taken in good faith. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/07) (laq) (Entered: 06/04/2007) |

| | | |
|---|---|---|
| 05/30/2007 | | Magistrate Judge Douglas F. Eaton is so designated. (laq) (Entered: 06/04/2007) |
| 05/30/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/07) (laq) (Entered: 06/04/2007) |
| 05/30/2007 | | (Court only) ***Civil Case Terminated.*** (laq) (Entered: 06/04/2007) |
| 05/30/2007 | | (Court only) *** Set/Clear Flags *** Added flag(s):LEAD. (laq) (Entered: 06/04/2007) |
| 07/19/2007 | 6 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Petition), Judgment - Sua Sponte (Petition). Document filed by Samara Knows. Copies mailed to the attorneys of record: Corporation Counsel. (dt) (Entered: 09/05/2007) |
| 07/19/2007 | | Appeal Remark as to [6] Notice of Appeal filed by Samara Knows. I.F.P. REVOKED 5/30/07. $455.00 APPEAL FILING FEE DUE. (dt) (Entered: 09/05/2007) |
| 08/20/2007 | 5 | ORDER: In light of the fact that plaintiff is appearing pro se, her Motion for Extension of Time to file a Notice of Appeal is hereby GRANTED. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/20/07) (tro) (Entered: 08/21/2007) |
| 09/05/2007 | | (Court only) ***Staff Notes: Received Notice of Appeal # 6 from the Pro Se Office on September 4, 2007. (dt) (Entered: 09/05/2007) |
| 09/05/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [6] Notice of Appeal. (dt) (Entered: 09/05/2007) |
| 09/05/2007 | | Transmission of Notice of Appeal to the District Judge re: [6] Notice of Appeal. (dt) (Entered: 09/05/2007) |