9.17.07

# ᴹANDATE

## UNITED STATES COURT OF APPEAL
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the  14th day of  November   , two thousand and seven,

Knows V Davis

**ORDER  TO SHOW CAUSE**
**DISMISSAL ON DEFAULT**
Docket Number:  **07-3860-cv**



An appeal having been filed in this Court on   9/7/07; and,

Appellant having been advised in the Court Instruction Booklet, www.ca2.uscourts.gov/forms.htm, of the docket fee required to be paid to the Court and the time period within which that fee shall be filed, pursuant to the Federal Rules  of Appellate Procedure and the Local Rules of this Court, Civil Appeals Management Plan, Appendix, Part C; and,

Appellant having been further advised that upon the failure to pay the  required docket fee the appeal would be subject to dismissal;

IT IS ORDERED, that appellant show cause why the appeal should not be dismissed due to appellant`s failure to pay the docket fee by 10/11/07, the date prescribed in the Local Rules of this Court.

Appellant is directed to file with the Court by 11/28/07:  1) an affidavit demonstrating good cause for the default; and, 2) the docket fee or a motion seeking *in forma pauperis* relief. Upon appellant`s failure to respond as directed, the appeal will be dismissed.

For the Court:
Catherine O`Hagan Wolfe, Clerk

By:  ᒪᐣ

Anna  Steglich, Deputy Clerk

**A TRUE COPY**
Catherine O'Hagan Wolfe, Clerk

by_____

DEPUTY CLERK

Certified     JAN  2 2  2008